Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A PLUS MATERIALS AND RECYCLING, INC. a California Corporation, et al.,<br><br>Defendants. | Case No:  C10-4342 SI<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUNDS, et al., and Defendants A PLUS MATERIALS AND RECYCLING, INC., RODNEY RAY LAWLEY, and RECOLOGY, INC., stipulate to the voluntarily dismissal, without prejudice, of Defendant RECOLOGY, INC., in this action.

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Plaintiffs named Recology, Inc. as a Defendant in this Action on the information and belief that Recology had purchased the assets and liabilities of Defendant A Plus Materials and Recycling, and thus was a successor entity to A Plus Materials and Recycling.

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO.: C10-4342 SI

Plaintiffs and Defendant Recology have engaged in informal negotiations and discovery, and at this time Plaintiffs are satisfied that Defendant Recology is not a successor entity to Defendant A Plus Materials and Recycling.

Thus, the parties request that the Court immediately dismiss Defendant Recology, Inc. from this matter without prejudice.

Respectfully submitted,

Dated: March 18, 2011    **SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/Blake E. Williams
Blake E. Williams
Attorneys for Plaintiffs

Dated: March 21, 2011    **HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN**

By: /S/ Gilbert J. Tsai
Gilbert J. Tsai
Attorneys for Defendant Recology, Inc.

| Dated: March 21, 2011 | | **BROWN, HALL, SHORE & MCKINLEY** |
|---|---|---|
| | By: | /S/ John McKinley |
| | | John McKinley |
| | | Attorneys for Defendants A Plus Materials and Recycling, and Rodney Ray Lawley |

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Dated: 3/22/11

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO.: C10-4342 SI

P:\CLIENTS\OE3CL\A Plus Material Recycling, Inc\Pleadings\Stipulation of Voluntary Dismissal 031711.doc