Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A PLUS MATERIALS AND RECYCLING, INC. a California Corporation, et al., <br><br> Defendants. | Case No.: C10-4342 SI <br><br> **REQUEST TO VACATE / CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date: July 1, 2011 <br> Time: 2:30 p.m. <br> Ctrm: 10, 19th Floor <br> Judge: Honorable Susan Illston |

Plaintiffs herein respectfully request that the Case Management Conference, currently on calendar for July 1, 2011, be continued for approximately 60 – 90 days.

1.      As the Court's records will reflect, this action was filed on September 24, 2010, to compel Defendants Rodney Ray Lawley and A Plus Materials And Recycling, Inc. (which was allegedly purchased by Defendant Recology, Inc.) to comply with their collective bargaining agreement.  Service on Defendants was effectuated on October 5, 2010 (Recology, Inc.) and November 12, 2010 (Rodney Ray Lawley and A Plus Materials And Recycling, Inc.).

2.      Having learned that Recology, Inc. is not indeed a successor to A Plus Materials And Recycling Inc., Plaintiffs prepared a Stipulation For Voluntary Dismissal As To Defendant Recology, Inc., which was then executed by all of the parties, filed with the Court, and ultimately signed by the Honorable Susan Illston on March 22, 2011.

3.      The remaining parties were unable to reach a settlement.

4. The Court vacated the Case Management Conference set for March 25, 2011, as Plaintiffs anticipated preparing their Motion for Entry of Default Judgment following the dismissal of Recology, Inc., and there were no issues that needed to be addressed by the Court.

5. Since that time, Plaintiff Trustees approved an overall change of liquidated damages and interest application, which may reduce Plaintiffs' claims. As a result, the Trust Funds underwent a systemwide programming revision as to the calculation of interest and liquidated damages, which was recently completed. Upon confirmation of amounts claimed due in this action, Plaintiffs will prepare, file and serve their Motion for Default Judgment.

6. There are therefore no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for July 1, 2011, be vacated, or in the alternative be continued to either coincide with the date to be set for the Motion, or continued for 90 days to allow completion of the Motion, service, filing and disposition of the Motion.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 21st day of June 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference and all related deadlines are hereby vacated.

or

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __10/7/11 @ 3 P.M.__. All related deadlines are extended accordingly.

Date: __6/29/11__                    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO VACATE / CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C10-4342 SI

P:\CLIENTS\OE3CL\A Plus Material Recycling, Inc\Pleadings\C10-4342 SI - Case Managment Statement - 062111.DOC