IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al., | No. C 10-4342 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| A PLUS MATERIALS AND RECYCLING, INC., a California Corporation; and RODNEY RAY LAWLEY, an individual, | |
| Defendants. | |

In accordance with the Order Granting Plaintiffs' Motion for Summary Judgment, judgment is hereby entered against Defendant in the amount of $51,030.91. The portion of this amount totaling contributions - $24,624.82 - shall continue to accrue 5% per annum interest from December 15, 2011, to date of satisfaction of the judgment. Post judgment interest shall also accrue on the reaming amounts due for liquidated damages, and attorneys' fees and costs totaling $22,789.11.

**IT IS SO ORDERED.**

Dated: December 15, 2011

SUSAN ILLSTON
United States District Judge